**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **PARAGO, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3-08-CV-0093-N** |
| | § | |
| **JOHN DOE,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

_____

  The Court, having considered Plaintiff Parago, Inc.'s ("Parago") Expedited and Unopposed Motion to Compel Road Runner HoldCo LLC's ("Road Runner") Response to Subpoena ("Motion to Compel"), is of the opinion that the Motion to Compel is meritorious and hereby GRANTS the Motion.

  Therefore, it is hereby ORDERED that Road Runner respond to the requests set forth in the Subpoena served by Parago within two (2) business days of service of this Order.

  The Court further ORDERS that Road Runner shall comply with this Order without giving prior notice to John Doe based on Parago's concern that John Doe will continue to send unauthorized, harassing emails to consumers.

1

Signed February 7, 2008.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE